■ LOUDAVE ESTATES, INC., Appellant, v. CROSS ROADS IMPROVEMENT CO., INC., et al., Respondents.— Judgment unanimously affirmed on the opinion of Mr. Justice GELLER [28 Misc 2d 54], with costs to respondents. No opinion. Concur — Botein, P. J., Valente, Stevens, Eager, and Staley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN F. COSTELLO.— Motion granted, the judgment of the County Court, Bronx County, rendered on April 18, 1950 is reversed and a new trial ordered. Concur — Botein, P. J., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of LEE ACHILLE BOSCO, JR., an Attorney.— Respondent suspended until further order of this court. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.